UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-CR-20056-HUCK-MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENDRICK DARYL FERGUSON,

    Defendant.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon Magistrate Judge Chris McAliley's Report and Recommendation on Change of Plea [D.E. 20], which was issued on May 10, 2017. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Kendrick Daryl Ferguson, be found to have freely and voluntarily entered a plea of guilty to Count 2 of the Indictment. [D.E. 1]. Count 2 of the Indictment charges the Defendant with mail theft by a postal employee, in violation of Title 18, United States Code, Section 1709. Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offenses to which the plea of guilty has been entered, that a Pre-Sentence Investigation Report be ordered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 20] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and the Defendant is adjudged guilty of mail theft by a

postal employee, in violation of Title 18, United States Code, Section 1709. A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Ave., 13th Floor, Courtroom 13-2, Miami, Florida, on **Friday, August 11, 2017, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida this ___ day of June, 2017.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

Copies Furnished To:

All Counsel of Record